UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JASON HUDDLESTON :

    Petitioner : CIVIL ACTION NO. 3:17-0502

  v. : (JUDGE MANNION)

       :

COMM. OF PA,

       :

    Respondent

       :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. §2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 4, 2021**
17-0502-01